UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

RICARDO A. VELEZ-TRUJILLO

Civil No. 98-2417 (RLA)

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 10/01/02  Docket # 11 | NOTED. |
| [X] GARNISHEE | |
| Title: Answer of the Garnishee | |

October 9, 2002
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:        EOD:

By: _____   # 12