UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
        Plaintiff,

            v.                              98-CV-2417(RLA)

Ricardo A. Velez-Trujillo,                  Collection of Money
        Defendant

        and

UMECO, INC.,
        Garnishee

ORDER TO THE GARNISHEE

    A Writ of Garnishment, directed to garnishee, UMECO, INC., has
been duly issued and served upon the garnishee. Pursuant to said
Writ of Garnishment, the garnishee filed their Answer on October 2,
2002, stating that at the time of the service of the writ they had
in their possession or under their control non-exempted disposable
earnings belonging to and due to defendant.

    On or about October 2, 2002, the defendant was notified of his
right to a hearing and has not requested a hearing to determine
exempt property.

    PURSUANT TO 28 U.S.C. §3205(c)(7), IT IS ORDERED that
garnishee pay the sum equal to 25% of defendant's non-exempted
disposable earnings, to plaintiff, and continue said payments every

USA v Ricardo A. Velez-Trujillo
98-CV-2417(RLA)
Page -2-

pay day thereafter, until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of defendant's 25% non-exempted disposable earnings or until further order of this Court.    Payments shall be made to the order of the U.S. Department of Justice and mailed to the U.S. Attorney's Office, Financial Litigation Unit, Torre Chardon, Suite 1201, Chardon Street, Hato Rey, Puerto Rico 00918.

In San Juan, Puerto Rico, this 30th day of December, 2002.

_____
Raymond L. Acosta
United State District Judge